| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T | 2. Court or Organization<br><br>Wester District of Louisiana | 3. Date of Report<br><br>07/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Colonel J. George & S. Saloom Hannie |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2008 JUL 29 A 9: 51 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 6/8/2007 | Sandestin, FL | Seminar Speaker | Travel, lodging, and meals |
| 2. | Louisiana State Bar Association | 9/7/2007 | New Orleans, LA | Seminar Speaker | Travel |
| 3. | Louisiana State Bar Association | 9/27/2007 | New Orleans, LA | Seminar Speaker | Travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| Haik, Richard T | | 07/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | . | VALUE |
|---|---|---|---|
| 1. The City Club | Honorary Membership | | $ 700 |
| 2. Diamond M Drilling | Hunting Trip | | $ 800 |
| 3. Ken Bailey Ranch | Hunting Trip | | $ 800 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. St. Landry Bank and Trust Company | Bank loan to purchase investment in BPLVisions, LLC formerly The McGeHee Group, LLC | M |
| 2. Capital One Bank | Bank loan to purchase condominium for residential rental. | L |
| 3. USAA Federal Savings Bank | Bank loan to purchase residential rental property | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | J | T | | | | | |
| 2. Gulf Coast Bank CDs Account (X) | A | Interest | J | T | | | | | |
| 3. Capital One Bank, NA Accounts | B | Interest | K | T | | | | | |
| 4. Midsouth Bank, NA Accounts | B | Interest | K | T | | | | | |
| 5. Regions Bank Account (X) | A | Interest | J | T | | | | | |
| 6. Brokerage Account #1 | | | | | | | | | |
| 7. -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. --Iberiabank Corp Common Stock (X) | A | Dividend | J | T | | | | | |
| 9. --Rowan Cos Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. --American Intl Petroleum Common Stock | | None | J | T | | | | | |
| 11. --Fedders Corporation Common Stock | | None | J | T | | | | | |
| 12. --Edward Jones Money Market Account | A | Dividend | J | T | | | | | |
| 13. --LHC Group Inc. Common Stock(X) | | None | J | T | | | | | |
| 14. Brokeage Account #2 | | | | | | | | | |
| 15. --Federal Mogul Corp Note Common Stock | A | Interest | K | T | | | | | |
| 16. --Level 3 Communications Convertible Sub Debt | B | Interest | K | T | | | | | |
| 17. --Level 3 Commuications Sub Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| Haik, Richard T | | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --San Juan Basin Royalty Trust (X) | A | Interest | J | T | | | | | |
| 19.   --Xerox Capital Trust Capital Securities | A | Interest | J | T | | | | | |
| 20.   --Camden County, NJ Pollution Control Bonds | B | Interest | J | T | Redeemed | 12/03 | J | A | |
| 21.   --Capital Projects Fin Auth FL Bonds | C | Interest | J | T | | | | | |
| 22.   --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 23.   --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 24.   --Highlands County, FL Ind Dev Auth Bonds | A | Interest | J | T | | | | | |
| 25.   --Hudson County, NJ Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 26.   --Junction City, KS Residential Bonds | A | Interest | J | T | | | | | |
| 27.   --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 28.   --Port of New Orleans, LA Board of Commissioners | A | Interest | J | T | | | | | |
| 29.   --Putnam Tax Exempt Income (X) | A | Int./Div. | J | T | | | | | |
| 30.   --Putnam Tax Free Health Care Fund | A | Int./Div. | J | T | | | | | |
| 31.   --St. Paul, MN Port Authority Industrial Revenue Bonds | A | Interest | J | T | | | | | |
| 32.   --Seilgman Louisiana Municipal Fund | A | Int./Div. | J | T | | | | | |
| 33.   --Allegheny County, PA Hospital Bonds | A | Interest | J | T | | | | | |
| 34.   --Angola, IND Healthcare Facs Revenue Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value - Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Aurora Centretech Bonds | A | Interest | K | T | | | | | |
| 36. --Ben Hill County, GA Revenue Bonds | B | Interest | K | T | | | | | |
| 37. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |
| 38. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 39. --Camden County, NJ Revenue Bonds | A | Interest | J | T | Redemption | 2/15 | J | A | |
| 40. --Central Arizona Irrigation & Drainiage District Bonds | A | Interest | J | T | Partial Redm | 06/01 | J | A | |
| 41. --Conneticut Development Authority Bonds | B | Interest | K | T | | | | | |
| 42. --Crawford County, GA Development Authority Bonds | B | Interest | J | T | | | | | |
| 43. --Denham Springs-Livingston Housing Bonds | A | Interest | J | T | | | | | |
| 44. --District of Columbia Revenue Bonds | A | Interest | J | T | | | | | |
| 45. --East Carrol Parish, LA Law Enforcement Bonds | A | Interest | J | T | | | | | |
| 46. --Escambia County, FL Health Facs Bonds | A | Interest | J | T | | | | | |
| 47. --Capital Projects Finance Auth FL Solid Waste (X) | | None | K | T | | | | | |
| 48. --Garza County, TX Bonds | A | Interest | J | T | | | | | |
| 49. --Hammond-Tangipahoa Home Mortgage Bonds | A | Interest | J | T | | | | | |
| 50. --Hancock County, TN Health Ed Bonds | A | Interest | J | T | | | | | |
| 51. --Illinois Health Facs Auth Revenue Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Illinois Housing Development Authority | A | Interest | | | Redeemed | 01/02 | J | A | |
| 53. --Lafayette, LA Public Trust Fin Auth Bonds | A | Interest | J | T | | | | | |
| 54. --Lafourche Parish, LA Sales Tax Bonds | A | Interest | J | T | | | | | |
| 55. --Langhorne Manor Boro, PA Higher Education Bonds | A | Interest | J | T | | | | | |
| 56. --Louisiana Public Facilities Bonds | A | Interest | | | Redeemed | 11/15 | J | A | |
| 57. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 58. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 59. --New Jersey Health Care Facilities Bonds | B | Interest | K | T | | | | | |
| 60. --Peach County, GA Development Authority Revenue Bonds | B | Interest | K | T | | | | | |
| 61. --Plaquemines, LA Port Harbor Revenue | A | Interest | | | Redeemed | 09/04 | J | A | |
| 62. --St. John Baptist Parish, LA Gas Bonds | A | Interest | J | T | Redeemed | 12/03 | J | A | |
| 63. --St. Paul, MN Port Authority Bonds | B | Interest | J | T | | | | | |
| 64. --St. Paul, MN Port Auth Hsg & Red | | None | J | T | | | | | |
| 65. --St. Tammany Parish, LA Hospital Bonds | A | Interest | J | T | | | | | |
| 66. --Santa Fe, NM Educational Facilities Revenue Bonds | B | Interest | K | T | Redeemed | 10/01 | J | A | |
| 67. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 68. --Shreveport, LA Water & Sewer Revenue Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |
| 70. --Swansea, IL Healthcare Facilities Bonds | A | Interest | | | Redeemed | 08/30 | J | A | |
| 71. --Tarrant County, TX Health Facilities Revenue Bonds | A | Interest | J | T | Prin Return | 06/01 | J | A | |
| 72. --Gila Cnty, AZ IDA Revenue Bonds | | None | J | T | | | | | |
| 73. --Tillman County, OK Revenue Bonds | B | Interest | J | T | | | | | |
| 74. --West Feliciana Parish, LA Bonds | A | Interest | J | T | | | | | |
| 75. --West Frankfort, IL Healthcare Bonds | A | Interest | J | T | | | | | |
| 76. --Summers County, WV Solid Waste Disposal Bonds | | None | J | T | | | | | |
| 77. --Alcatel Lucent Sponsored ADR Common Stock | A | Dividend | J | T | | | | | |
| 78. --Idearc, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 79. --Leucadia National Corp Common Stock | A | Dividend | J | T | | | | | |
| 80. --Vector Group, LTD Common Stock | A | Dividend | J | T | | | | | |
| 81. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 82. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 83. --Tricom SA Guaranteed Note | | None | J | T | | | | | |
| 84. --Cablevision SA Notes | | None | J | T | | | | | |
| 85. --Williams Communications Group | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Ladenburg Thalmann Financial Services Common Stock | | None | J | T | | | | | |
| 87. --Nevada Gold & Casinos Inc. | | None | J | T | | | | | |
| 88. --L-1 Identity Solutions, Inc. Common Stock | | None | J | T | | | | | |
| 89. --Money Market Fund Investment Shares | B | Dividend | K | T | | | | | |
| 90. --Hartford Income Shares Fund, Inc. Mutual Fund | A | Dividend | J | T | | | | | |
| 91. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |
| 92. --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |
| 93. --Eastern Carolina, NC Housing Revenue Bonds | | None | | | Redemption | 12/26 | J | A | |
| 94. --Elizabeth City, NC Bonds Housing Authority Bonds | | None | | | Redemption | 12/26 | J | A | |
| 95. --At Home Corp Subordinated Notes | | None | | | Prin Return | 12/31 | J | A | |
| 96. --Iberia Parish, LA Industrial Development (X) | | None | | | Prin Return | 05/16 | J | A | |
| 97. Individual Retirement Account #1 | E | Dividend | N | T | | | | | |
| 98. --American Balanced Fund | | | | | Purchase | 12/26 | | | |
| 99. --American Mutual Fund | | | | | Purchase | 12/17 | | | |
| 100. --Bond Fund of America | | | | | Purchase | 12/26 | | | |
| 101. --Capital World Growth & Income Fund | | | | | Purchase | 12/18 | | | |
| 102. --Europacific Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Haik, Richard T | | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Growth Fund of America | | | | | | | | | |
| 104. --Income Fund of America | | | | | Purchase | 12/24 | | | |
| 105. --New Perspective Fund | | | | | Purchase | 12/13 | | | |
| 106. --Washington Mutual Investors Fund | | | | | Purchase | 12/24 | | | |
| 107. Royalty Interest - Lafayette Parish, LA | | None | | | | | | | See Note in Part VIII |
| 108. Rental Property #1, Lafayette, LA | D | Rent | M | R | | | | | |
| 109. Rental Property #2, Lafayette, LA | B | Rent | L | R | Purchase | 6/30 | L | | |
| 110. Colonel J. George & S. Saloom Hannie (X) | D | Distribution | M | W | | | | | |
| 111. BPL Visions, LLC formerly The McGeHee Group, LLC | | None | M | W | | | | | |
| 112. Buy-sell Agreement | D | Distribution | J | V | Calcellation | 12/07 | J | E | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Haik, Richard T | . | 07/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item #107 - The property giving rise to the royalty interest is detailed by item #108.

Item #112 - This is income received on a buy-sell agreement that was cancelled in 2007.

On prior year's report, a third and fourth brokerage account were listed. These assets related to ███████. ██████████. Therefore, these assets have been excluded from the current year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 07/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI                     IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544